**575-15**

# ELECTRONIC RECORD

COA #   07-14-00086-CR                         OFFENSE:   49.04

STYLE:   Jeffery Tyrone Whitfield v. The State of Texas          COUNTY:   Denton

COA DISPOSITION:      AFFIRMED                 TRIAL COURT:   County Criminal Court No 1

DATE: 04/09/2015            Publish: NO   TC CASE #:    CR-2013-04378-A

# IN THE COURT OF CRIMINAL APPEALS

STYLE:   Jeffery Tyrone Whitfield v. The State of Texas          CCA #:   **575-15**

_____APPELLANT'S_____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:       DATE:      _____

_____REFUSED,_____                        JUDGE:     _____

DATE: _____06/24/15_____                   SIGNED: _____         PC: _____

JUDGE: _____Per Curiam._____               PUBLISH: _____        DNP: _____

----------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD